Gerardo Jacinto SOLIS–ROBLES;
et al., Petitioners,

v.

John ASHCROFT, Attorney
General,* Respondent.

No. 01–70428.

INS Nos. A76–604–096, A76–
604–097, A76–604–099.

United States Court of Appeals,
Ninth Circuit.

Submitted Jan. 14, 2002.**

Decided Jan. 25, 2002.

Before KLEINFELD, HAWKINS, and
SILVERMAN, Circuit Judges.

MEMORANDUM ***

Three brothers, Gerardo Jacinto Solis–
Robles, Juan Fidel Solis–Robles, and Luis
Javier Solis–Robles, who are natives and
citizens of Mexico, petition for review of an
order of the Board of Immigration Appeals
("BIA") denying their motion for reconsid-
eration of the BIA's order dismissing as
untimely their appeal from an immigration
judge's refusal to grant a continuance in
their immigration proceedings. We have
jurisdiction pursuant to 8 U.S.C. § 1252(b).

We deny the petition for review. This
court lacks jurisdiction to consider peti-

tioners' contentions regarding the BIA's
February 16, 2000, order because petition-
ers did not file a timely petition for review
from the February 16, 2000, order. *See
Martinez–Serrano v. INS*, 94 F.3d 1256,
1258 (9th Cir.1996). Petitioners have
waived review of the BIA's February 16,
2001, order because they have not raised
any contentions regarding the February
16, 2001, order in this petition for review.
*See id.* at 1259–60.

**PETITION FOR REVIEW DENIED.**

* The Attorney General of the United States is
the proper respondent in a petition for review
of an order of removal. *See* 8 U.S.C.
§ 1252(b)(3)(A).

** The panel unanimously finds this case suit-
able for decision without oral argument. *See*
Fed. R.App. P. 34(a)(2).

*** This disposition is not appropriate for publi-
cation and may not be cited to or by the

courts of this circuit except as may be provid-
ed by 9th Cir. R. 36–3.

